IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00057 EWN-PAC

JAMES MOFFETT,

   Plaintiff,

v.

GECO/KIMSEY, LLC,
d/b/a KIMSEY GUARANTEE ELECTRICAL CONTRACTING,

   Defendant.

_____

**ORDER**
_____

      This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. The Court, having reviewed the stipulated motion and finding itself fully advised in the premises, for good cause shown grants the motion. This action is dismissed with prejudice, with each party to bear its own attorney fees and costs.

      Entered this 23rd day of May, 2006.

                                            By:

                                            s/ Edward W. Nottingham
                                            United States District Judge